# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Peterson, Rosanna M. | 2. Court or Organization  U.S. District Court | 3. Date of Report  5/15/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☑ Initial  ☐ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2016  to  04/15/2017 |

**7. Chambers or Office Address**

U.S. District Court for the Eastern District of WA
920 W. Riverside
Spokane WA 99210

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peterson, Rosanna M. | 5/15/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Washington State University--Teaching |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peterson, Rosanna M. | 5/15/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peterson, Rosanna M. | 5/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CNA whole life insurance | | None | J | T | | | | | |
| 2. TIAA Traditional | A | Dividend | P1 | T | Redeemed (part) | 10/26/16 | K | | |
| 3. CREF Stock | | None | | | Redeemed (part) | 10/26/16 | K | | |
| 4. CREF Stock | | None | | | Merged (with line 2) | 11/02/16 | L | | |
| 5. T-C Intl Eq Index-Rtmt | A | Dividend | | | | | | | |
| 6. T-C Intl Eq Index-Rtmt | | None | | | Merged (with line 2) | 11/02/16 | K | | |
| 7. T-C Large Cap Val-Rtmt | A | Dividend | | | | | | | |
| 8. T-C Large Cap Val-Rtmt | | None | | | Merged (with line 2) | 11/02/16 | L | | |
| 9. T-C Sm-Cap Eq-Rtmt | A | Dividend | | | | | | | |
| 10. T-C Sm-Cap Eq-Rtmt | | None | | | Merged (with line 2) | 11/02/16 | K | | |
| 11. TIAA Real Estate | | None | | | Redeemed (part) | 10/26/16 | J | | |
| 12. TIAA Real Estate | | None | | | Merged (with line 2) | 11/02/16 | M | | |
| 13. CREF Bond Market | | None | | | Redeemed (part) | 10/26/16 | J | | |
| 14. CREF Bond Market | | None | | | Merged (with line 2) | 11/02/16 | L | | |
| 15. CREF Inf'l Linked Bond | | None | | | | | | | |
| 16. CREF Inf'l Linked Bond | | None | | | Merged (with line 2) | 11/02/16 | J | | |
| 17. CREF Growth | A | Dividend | | | Redeemed (part) | 04/19/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peterson, Rosanna M. | 5/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CREF Growth | A | Dividend | | | Redeemed (part) | 10/26/16 | J | | |
| 19. CREF Growth | | None | | | Merged (with line 2) | 11/02/16 | K | | |
| 20. CREF Social Choice | A | Dividend | | | Redeemed (part) | 10/26/16 | J | | |
| 21. CREF Social Choice | | None | | | Merged (with line 2) | 11/02/16 | M | | |
| 22. T-C Mid-Cap Val-Rtmt | | None | | | | | | | |
| 23. T-C Mid-Cap Val-Rtmt | | None | | | Merged (with line 2) | 11/02/16 | K | | |
| 24. T-C Lg-Cap Val-Inst | | None | | | Redeemed (part) | 04/19/16 | J | | |
| 25. T-C Lg-Cap Val-Inst | | None | | | Redeemed (part) | 10/26/16 | J | | |
| 26. T-C Lg-Cap Val-Inst | | None | | | Redeemed (part) | 09/01/16 | J | | |
| 27. T-C Lg-Cap Val-Inst | | None | | | Merged (with line 2) | 11/02/16 | L | | |
| 28. T-C Mid-Cap Gr-Inst | | None | | | Redeemed (part) | 04/19/16 | J | | |
| 29. T-C Mid-Cap Gr-Inst | | None | | | Redeemed (part) | 09/01/16 | J | | |
| 30. T-C Mid-Cap Gr-Inst | | None | | | Merged (with line 2) | 11/02/16 | J | | |
| 31. T-C Mid-Cap Val-Inst | | None | | | Redeemed (part) | 10/26/16 | J | | |
| 32. T-C Mid-Cap Val-Inst | | None | | | Merged (with line 2) | 11/02/16 | M | | |
| 33. T-C Intl Eq Idx-Inst | | None | | | Redeemed (part) | 04/19/16 | J | | |
| 34. T-C Intl Eq Idx-Inst | | None | | | Redeemed (part) | 10/26/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peterson, Rosanna M. | 5/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. T-C Intl Eq Idx-Inst | | None | | | Merged (with line 2) | 11/02/16 | M | | |
| 36. T-C Lg-Cap Gr Idx-Inst | | None | | | Redeemed (part) | 04/19/16 | J | | |
| 37. T-C Lg-Cap Gr Idx-Inst | | None | | | Redeemed (part) | 09/01/16 | J | | |
| 38. T-C Lg-Cap Gr Idx-Inst | | None | | | Redeemed (part) | 10/26/16 | J | | |
| 39. T-C Lg-Cap Gr Idx-Inst | | None | | | Merged (with line 2) | 11/02/16 | K | | |
| 40. T-C Int'l Eq-Rtmt | | None | | | Redeemed (part) | 10/26/16 | J | | |
| 41. T-C Int'l Eq-Rtmt | | None | | | Merged (with line 2) | 11/02/16 | J | | |
| 42. T-C High-Yield Rtmt | A | Dividend | | | | | | | |
| 43. T-C High-Yield Rtmt | | None | | | Merged (with line 2) | 11/02/16 | J | | |
| 44. T-C Bond Rtmt | A | Dividend | | | | | | | |
| 45. T-C Bond Rtmt | | None | | | Merged (with line 2) | 11/02/16 | J | | |
| 46. T-C Int'l Eq Inst | | None | | | Redeemed (part) | 04/19/16 | J | | |
| 47. T-C Int'l Eq Inst | | None | | | Redeemed (part) | 10/26/16 | J | | |
| 48. T-C Int'l Eq Inst | | None | | | Merged (with line 2) | 11/02/16 | J | | |
| 49. T-C S7P 500 Idx-Inst | | None | | | Redeemed (part) | 04/19/16 | J | | |
| 50. T-C S&P 500 Idx-Inst | | None | | | Redeemed (part) | 09/01/16 | J | | |
| 51. T-C S&P 500 Idx-Inst | | None | | | Redeemed (part) | 10/26/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Peterson, Rosanna M. | 5/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. T-C S&P 500 Idx-Inst | | None | | | Merged (with line 2) | 11/02/16 | L | | |
| 53. T-C Sm-Cap Bl Idx-Inst | | None | | | | | | | |
| 54. T-C Sm-Cap Bl Idx-Inst | | None | | | Merged (with line 2) | 11/02/16 | K | | |
| 55. CREF Global Equities | | None | | | Redeemed (part) | 04/19/16 | J | | |
| 56. CREF Global Equities | | None | | | Redeemed (part) | 10/26/16 | J | | |
| 57. CREF Global Equities | | None | | | Merged (with line 2) | 11/02/16 | M | | |
| 58. T-C Growth & Inc.-Rtmt | A | Dividend | | | | | | | |
| 59. T-C Growth & Inc-Rtmt | | None | | | Merged (with line 2) | 11/02/16 | K | | |
| 60. T-C Infl-Linkd Bond-Rtmt | A | Dividend | | | | | | | |
| 61. T-C Infl-Linked Bond-Rtmt | | None | | | Merged (with line 2) | 11/02/16 | K | | |
| 62. T-C Social Choice Bond Rtmt | A | Dividend | | | | | | | |
| 63. T-C Social Choice Bond Rtmt | | None | | | Merged (with line 2) | 11/02/16 | K | | |
| 64. T-C Sm-Cap Eq-Inst | A | Dividend | | | Redeemed (part) | 04/19/16 | J | | |
| 65. T-C Sm-Cap Eq-Inst | A | Dividend | | | Redeemed (part) | 09/01/16 | J | | |
| 66. T-C Sm-Cap Eq-Inst | A | Dividend | | | Redeemed (part) | 10/26/16 | J | | |
| 67. T-C Sm-Cap Eq-Inst | | None | | | Merged (with line 2) | 11/02/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Peterson, Rosanna M. | 5/15/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The remaining value in the assets listed on lines 3 through 41 all were merged into the asset listed on line 2, which is all mangaed by the same financial institution.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Rosanna M. Peterson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544